No. 02–5938.  WHITBY v. CENTRAL GEORGIA HEALTH SYSTEM ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 02–6229.  REDDEN v. GALLEY, WARDEN, ET AL.; and
No. 02–6297.  REDDEN v. MADES ET AL.  C. A. 4th Cir.  Certiorari denied.  Reported below: 34 Fed. Appx. 135.

No. 02–6258.  CHAPPELL v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 02–6273.  URESTI ROJAS v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 02–6299.  TORRES v. BUTLER, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 02–6300.  WEBSTER v. MISSISSIPPI.  Sup. Ct. Miss.  Certiorari denied.

No. 02–6302.  YOWEL, AKA ROBINSON v. WARNER, GOVERNOR OF VIRGINIA, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 02–6305.  JOHNSON v. GREINER, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 02–6309.  ASHLEY v. REASONER, JUDGE, UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF ARKANSAS.  C. A. 8th Cir.  Certiorari denied.

No. 02–6311.  BROWN v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 02–6313.  SHAW v. TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 02–6314.  SHELTON v. RICHMOND PUBLIC SCHOOLS.  C. A. 4th Cir.  Certiorari denied.